# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**SHELBI HINDEL,** *et al.***,**

       **Plaintiffs,**

**-v-**                                        **Case No.: 2:15-cv-3061**
                                                  **JUDGE SMITH**
                                                  **Magistrate Judge Deavers**

**JON A. HUSTED,**
**OHIO SECRETARY OF STATE,**

       **Defendant.**

## SCHEDULING ORDER

This matter is before the Court on Plaintiffs' Motion for Preliminary Injunction (Doc. 2). The Court will hold an Informal Preliminary Conference pursuant to Rule 65.1 of the Local Civil Rules of the United States District Court for the Southern District of Ohio on Wednesday, December 9, 2015 at 10:00 a.m. via telephone. Counsel for all parties are instructed to call in to the following conference number:  (614) 719-3235, and enter the conference code 123456. The parties should be prepared to discuss the status of the case, a briefing schedule, necessity of a hearing, and the possibility of an agreement and/or settlement.

       **IT IS SO ORDERED.**

                                           */s/ George C. Smith*
                                           **GEORGE C. SMITH, JUDGE**
                                           **UNITED STATES DISTRICT COURT**