**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Shelbi Hindel, et al.

       vs                 Case No. 2:15-cv-3061

Jon A. Husted,                 **Judge Smith**
Ohio Secretary of State     **Magistrate Judge Deavers**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that Plaintiffs' Motion for a Permanent Injunction is GRANTED IN PART and judgment is entered in favor of Plaintiffs in accordance with the permanent injunction ordered in the February 1, 2017 Opinion and Order.

Date: **February 1, 2017**         **Richard W. Nagel, Clerk**

                                          _s/ Scott Miller_
                                      By Scott Miller /Deputy Clerk