# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **SHELBI HINDEL,** *et al.*, | : | Case No. 2:15-cv-3061 |
| Plaintiffs, | : | **Judge George C. Smith** |
| v. | : | **Magistrate Judge Kimberly A. Jolson** |
| **JON A. HUSTED,** **OHIO SECRETARY OF STATE,** | : | |
| Defendant. | : | |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to Fed. R. Civ. P. 54(d) and S.D. Ohio Civ, R. 54.2, Plaintiffs Shelbi Hindel, Barbara Pierce, Marianne Denning, and the National Federation of the Blind, Inc. move the Court for an award of reasonable attorneys' fees and costs incurred in pursuing the present action. Plaintiffs received partial judgment in their favor in this litigation resulting in the Court ordering the Ohio Secretary of State to make his website accessible to Plaintiffs. For these reasons Plaintiffs respectfully submit this Motion for Attorneys' Fees.

Plaintiffs have, however, appealed this Court's denial of their accessible absentee voting claim to the United States Court of Appeals for the Sixth Circuit. Therefore, an Agreed Motion to Stay Briefing on Attorneys' Fees and Costs Pending Appeal is being filed contemporaneously with this Motion.

Respectfully submitted,

s/ Jason C. Boylan
Jason C. Boylan (0082409)
Trial Attorney
Kristen Henry (0082382)
Disability Rights Ohio

       50 West Broad Street, Suite 1400
       Columbus, Ohio  43215
       Tel:  (614) 466-7264
       Fax:  (614) 644-1888
       jboylan@disabilityrightsohio.org
       khenry@disabilityrightsohio.org

       Daniel F. Goldstein (admitted pro hac vice)
       Jessica P. Weber (admitted pro hac vice)
       BROWN, GOLDSTEIN & LEVY LLP
       120 E. Baltimore Street, Suite 1700
       Baltimore, Maryland  21202
       Tel:  (410) 962-1030
       Fax:  (410) 385-0869
       dfg@browngold.com
       jweber@browngold.com

       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 24th day of February, 2017, a copy of the foregoing Plaintiffs' Motion for Attorneys' Fees and Costs was served on all counsel of record via the Court's electronic filing system.

       /s/ Jason C. Boylan
       Jason C. Boylan (0082409)
       Trial Attorney