IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shelbi Hindel, *et al.*,

              Plaintiffs,

     v.

Jon Husted, Ohio Secretary of State,

              Defendant.

Case No: 2:15-cv-3061

Judge Graham

## Order

The parties are instructed to submit a joint written status report on or before March 1, 2018.


s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: January 29, 2018

1