# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **SHELBI HINDEL,** *et al.*, | : | Case No. 2:15-cv-3061 |
| Plaintiffs, | : | Judge James L. Graham |
| v. | : | |
| **JON A. HUSTED,** **OHIO SECRETARY OF STATE,** | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs' remaining claims against Defendant in the above-captioned action are dismissed with prejudice in accordance with the terms of the parties' Settlement Agreement.

Respectfully submitted,

s/
Jason C. Boylan (0082409)
Trial Attorney
Disability Rights Ohio
50 West Broad Street, Suite 1400
Columbus, Ohio  43215
Tel:  (614) 466-7264
Fax:  (614) 644-1888
jboylan@disabilityrightsohio.org

s/
Jessica P. Weber (admitted pro hac vice)
Brown, Goldstein & Levy LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland  21202
Tel:  (410) 962-1030
Fax:  (410) 385-0869
jweber@browngold.com

*Counsel for Plaintiffs*

s/
Nicole M. Koppitch (0082129)
Lead and Trial Attorney
Renata Y. Staff (0086922)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872
Fax: 614-728-7592
nicole.koppitch@ohioattorneygeneral.gov
renata.staff@ohioattorneygeneral.gov

*Counsel for Defendant*